MANATT, PHELPS & PHILLIPS, LLP
NAEUN RIM (Bar No. CA 263558)
E-mail: NRim@manatt.com
BRANDON P. REILLY (Bar No. CA 278012)
E-mail: breilly@manatt.com
BENJAMIN E. STRAUSS (Bar No. CA 301660)
E-mail: BStrauss@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Defendant
THE ZALKIN LAW FIRM, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA DEATS, individually, and on behalf of all others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> THE ZALKIN LAW FIRM, P.C., <br><br> Defendant. | Case No. '23CV2005 L    SBC <br><br> **DISCLOSURE STATEMENT RE: PARTIES IN A DIVERSITY CASE** <br><br> **Fed. R. Civ. Proc. 7.1(a)(2)** <br><br> Action Filed: 09/25/2023 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DISCLOSURE STATEMENT RE: PARTIES IN A
DIVERSITY CASE
CASE NO.

**DISCLOSURE STATEMENT RE: PARTIES IN A DIVERSITY CASE**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the undersigned counsel identifies the citizenship of the parties as follows:

Plaintiff ARIANA DEATS is a citizen of Nevada as alleged in the complaint.

Defendant THE ZALKIN LAW FIRM, P.C. is a citizen of California, with its principal place of business located at 10590 W Ocean Air Dr Ste. 125, San Diego, CA 92130.

Dated: October 30, 2023

MANATT, PHELPS & PHILLIPS, LLP

By: *s/ Naeun Rim*
Naeun Rim
Brandon P. Reilly
Benjamin E. Strauss
Attorneys for Defendant
THE ZALKIN LAW FIRM, P.C.

402485738.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

DISCLOSURE STATEMENT RE: PARTIES IN A DIVERSITY CASE
CASE NO.