Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com

*Attorneys for Representative Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA DEATS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ZALKIN LAW FIRM, P.C.,<br><br>Defendant. | Case No. 3:23-cv-2005-L-SBC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Ariana Deats ("Plaintiff") and Defendant The Zalkin Law Firm, P.C. ("Defendant") (collectively, the "Parties") have reached a settlement of Plaintiff's claims and are effectuating it's terms. As such, Plaintiff submits this Notice of Settlement and asks the Court to stay all deadlines and continue all hearings for at least 30 days, before which deadline Plaintiff expects to dismiss the case with prejudice.

| | |
|---|---|
| Dated: January 17, 2025 | **COLE & VAN NOTE** |
| | By: */s/ Scott Edward Cole* |
| | Scott Edward Cole, Esq. |
| | *Attorneys for Representative Plaintiff* |

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 17, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.